# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00765-CR

**Michael Andrew Lankes, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. 2021573, HONORABLE FRANK W. BRYAN, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant=s motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant=s Motion

Filed: February 21, 2003

Do Not Publish